IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY PENNYAMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:03cv496-T |
| ) | (WO) |
| BETTY TEAGUE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On 14 July 2005, the Magistrate Judge filed a Recommendation [Doc. #20] in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That defendants' motions for summary judgment (Doc. Nos. 8, 10, 11) be and are hereby GRANTED;

3. That judgment be entered in favor of the defendants and against the plaintiff;

4. That this case be and is hereby DISMISSED with prejudice; and

5.      That costs of this proceeding be and are hereby taxed against the plaintiff.

DONE, this the 24th day of August, 2005.

                                          /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE